UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



INTERNATIONAL STRATEGIES GROUP, LTD.

Plaintiff

v.                                                              CIVIL ACTION NO.

STEPHEN C. HEFFERNAN

Defendant

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff International Strategies Group, Ltd. states that it has no parent corporation, and no publicly held company owns 10% or more of its stock.

> PLAINTIFF
> INTERNATIONAL
> STRATEGIES GROUP, LTD.
>
> by its attorney,
>
> *Kathleen C Stone*
> Kathleen C. Stone
> BBO# 481920
> Looney, Cohen, Reagan & Aisenberg, LLP
> 109 State Street
> Boston, MA 02109
> 617-371-1050

April 30, 2004