UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL STRATEGIES GROUP, LTD., <br><br>         *Plaintiff,* <br><br> v. <br><br> STEPHEN C. HEFFERNAN, <br><br>         *Defendant.* | Civil Action <br> No. 04CV10863RWZ |

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant Stephen C. Heffernan hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, to dismiss all counts of the Complaint filed by plaintiff, International Strategies Group, Ltd.

As grounds therefore, defendant respectfully refers to and incorporates herein by reference the accompanying Defendant Stephen C. Heffernan's Memorandum In Support Of His Motion To Dismiss The Complaint and Affidavit Of Thomas S. Fitzpatrick.

**WHEREFORE**, defendant respectfully requests that this Court dismiss all counts of the plaintiff's Complaint and grant such other and further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Defendant hereby respectfully requests oral argument on his Motion To Dismiss The Complaint.

Defendant,

**STEPHEN C. HEFFERNAN**

By his attorneys,

/s/ Thomas S. Fitzpatrick
Thomas S. Fitzpatrick/BBO #556453
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Thomas S. Fitzpatrick, hereby certify that on May 17, 2004, I conducted a Local Rule 7.1(A)(2) teleconference with Kathleen Stone, Esq., counsel for the plaintiff, in a good faith effort to resolve or narrow the issues raised by the above motion. Despite our efforts, Ms. Stone and I were unable to narrow or resolve the issues.

/s/ Thomas S. Fitzpatrick

Dated: May 19, 2004

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/HAND ON 5-19-04

J:\FITZPATR\Heffernan\ISG\D's Motion to Dismiss.doc