UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL STRATEGIES
GROUP, LTD.,

    *Plaintiff*,

v.

STEPHEN C. HEFFERNAN,

    *Defendant*.

Civil Action
No. 04CV10863RWZ

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record in the above-captioned matter were served with the following documents on May 19, 2004:

1. Defendant Stephen C. Heffernan's Motion To Dismiss The Complaint;

2. Defendant Stephen C. Heffernan's Memorandum Of Law In Support Of His Motion To Dismiss Complaint; and

3. Affidavit Of Thomas Fitzpatrick.

Counsel of record were served in the following manner:

**By U.S. Mail To**

Kathleen C. Stone, Esq.
Looney, Cohen, Reagan & Aisenberg, LLP
109 State Street
Boston, MA 02109

                                                          Thomas S. Fitzpatrick/BBO #556453
                                                          DAVIS, MALM & D'AGOSTINE, P.C.
                                                          One Boston Place, 37th Floor
                                                          Boston, MA 02108
                                                          (617) 367-2500

Dated: May 19, 2004

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/HAND ON 5-19-04

J:\FITZPATR\Heffernan\ISG\Certificate of Service.doc