UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN -1  P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

INTERNATIONAL STRATEGIES GROUP, LTD.
   Plaintiff

v.

STEPHEN C. HEFFERNAN
   Defendant

CIVIL ACTION NO.
04-CV-10863-RWZ

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS

Plaintiff International Strategies Group, Ltd. moves for a 7 day extension of time to file its opposition to Stephen C. Heffernan's Motion to Dismiss the Complaint. The reason for this request is that the individuals at the plaintiff corporation who are primarily responsible for this litigation are presently traveling on business. Counsel is unable to consult with them about the preparation of ISG's opposition, and finalize the document, before the filing deadline under Rule 7 of the Local Rules of the U.S. District Court for the District of Massachusetts. Accordingly, plaintiff requests an extension through and including June 9, 2004.

PLAINTIFF INTERNATIONAL
STRATEGIES GROUP, LTD.
by its attorney,

*Kathleen C Stone*
Kathleen C. Stone, BBO# 481920
Looney, Cohen, Reagan & Aisenberg, LLP
109 State Street
Boston, MA 02109
617-371-1050

May 27, 2004

Assented: *Thomas S. Fitzpatrick*
Thomas S. Fitzpatrick, attorney for Stephen C. Heffernan