UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -9  P 4: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

INTERNATIONAL STRATEGIES GROUP, LTD.
   Plaintiff

v.

STEPHEN C. HEFFERNAN
   Defendant

CIVIL ACTION NO.
04-CV-10863-RWZ

### PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Rule 7.1 (B) (4) of the Local Rules of the United States District Court, plaintiff International Strategies Group, Ltd. ("ISG") moves for leave to file an opposition to defendant's Motion to Dismiss which exceeds the 20 page limit. The opposition is 28 pages. As grounds for this motion, plaintiff states that the pertinent facts presented by way of an offer of proof are extensive, involving numerous and convoluted events. Defendant has moved to dismiss for failure to state claims of breach of fiduciary duty and fraud, and because of the affirmative defense of the statute of limitations. It is necessary for ISG to present the facts to show that a fiduciary duty existed in favor of ISG, and that the statute of limitations was tolled by defendant's breach of his duty of disclosure and by affirmative acts of his own and others.

In light of the complex facts and multiple legal issues addressed in the opposition, ISG requires the additional pages to sufficiently and comprehensively set forth the basis for its opposition.

PLAINTIFF INTERNATIONAL
STRATEGIES GROUP, LTD.
by its attorney,

*Kathleen C. Stone*
Kathleen C. Stone, BBO# 481920
Looney, Cohen, Reagan & Aisenberg, LLP
109 State Street
Boston, MA 02109
617-371-1050

June 9, 2004

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND/BY FAX.

DATED: 6-9-04    *Kathleen C. Stone*