# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


  **INTERNATIONAL STRATEGIES**
                    **Plaintiff**

                                                        **CIVIL ACTION**

           **V.**
                                                        **NO.  04-10863-RWZ**

  **STEPHEN HEFFERNAN**
                              **Defendant**



                              **JUDGMENT**


  **ZOBEL, D. J.**


   **In accordance with the Memorandum of Decision  entered 7/30/04;**

      **JUDGMENT is entered DISMISSING the complaint.**

                                        **By the Court,**


   **7/30/04**                               **s/ Lisa A. Urso**
         **Date**                              **Deputy Clerk**